# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2013

*The Court of Appeals hereby passes the following order*

**A14I0046. MICHAEL HERRON v. SHANNON LESTER et al..**

    Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12SV178



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 20, 2013.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*